**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

3M Innovative Properties Company, et al,                    09cv1189        (JNE/RLE)

              Plaintiffs,

v.                                                                    <u>**ORDER OF DISMISSAL**</u>

Racing Optics, Inc.

              Defendant.

_____

      Plaintiff in this case filed a Voluntary Dismissal [Docket No. 9] with the Court on September 30, 2009.  Defendant has not yet answered the initial complaint.

**IT IS HEREBY ORDERED** THAT:

    1.      Plaintiff's motion for dismissal is **GRANTED,** without prejudice.  This case is hereby dismissed**.**

DATED: December 23, 2009.

                                   <u>s/ Joan N. Ericksen</u>
                                   JOAN N. ERICKSEN,  Judge
                                   United States District Court